UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APL CO PTE LTD, et al.,

    Plaintiffs,

    v.

IMPX TRADERS INC., et al.,

    Defendants.
_____/

No. C 13-3706 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    In the above-captioned case, all parties have now consented to proceed before a Magistrate Judge for all purposes. Defendants IMPX Traders and Malleshwar Hiriyur filed their consent on September 23, 2013. See Dkt. 10. Defendant Hiriyur, as president of IMPX Traders, does have the power to give such consent on behalf of the corporation. Plaintiffs APL Co. Pte., Ltd. and American President Lines, Ltd., in their case management statement, stated that they "consent to a Magistrate Judge for all purposes." See Dkt. 20 at 6. Accordingly, pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred for random assignment of a Magistrate Judge for all purposes including trial and entry of judgment.

    The court also notes that defendant Hiriyur may represent only himself pro se, and may not appear on behalf of corporate defendant IMPX Traders. That is because a pro se litigant may not represent anyone but himself and because a corporation may not appear in federal court except through counsel. IMPX Traders must retain counsel to represent it. The assigned Magistrate Judge will determine how much time shall be given to do so.

    Finally, the court VACATES the case management conference scheduled for November 14, 2013, and notes that no hearing has yet been set on defendants' motion to

dismiss. The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

While the court will serve a copy of this order on the defendants by mail, since neither has yet been given permission to e-file, given the Thursday deadline that is being vacated, plaintiffs' counsel is ordered to contact defendants by telephone immediately about the contents of this order.

**IT IS SO ORDERED.**

Dated: November 12, 2013

PHYLLIS J. HAMILTON
United States District Judge