United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO PTE LTD., et al.,<br><br>      Plaintiffs,<br><br>vs.<br><br>IMPX TRADERS, INC., et al.,<br><br>      Defendants. | Case No.: C 13-3706 KAW<br><br>ORDER GRANTING EX PARTE REQUEST FOR EXTENSION OF TIME TO OBTAIN COUNSEL |

On December 16, 2013, pro se defendant Mallesh Hiriyuri filed a letter. (Ltr., Dkt. No. 27.) In the letter, he requests that he be able to respond on behalf of defendant IMPX Traders, Inc. *(Id.)* In the alternative, he requests an additional 30 days to find and retain counsel to represent the company. *(Id.)*

The court denies Mr. Hiriyuri's request for permission to respond on behalf of defendant IMPX Traders, Inc. for the reasons set forth in the original order requiring the company to retain counsel. (*See* Order Requiring Defendant IMPX Traders, Inc. to Retain Counsel, Dkt. No. 26.) The court, however, grants Mr. Hiriyuri's request for an additional 30 days to find and retain counsel to represent IMPX Traders, Inc.

//
//
//
//
//

In addition, the court refers Mr. Hiriyuri to the Pennsylvania Bar Association's website, http://www.pabar.org/public/Membership/lrsblurb.asp, and the California State Bar website, http://www.calbar.ca.gov/Public/LawyerReferralServicesLRS.aspx, which contain information that may be useful to him, including a list of local lawyer referral services.

IT IS SO ORDERED.

DATE: December 19, 2013

KANDIS A. WESTMORE
United States Magistrate Judge