UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| APL CO. PTE. LTD., et al., | Case No.: C 13-3706 KAW |
|---|---|
| Plaintiffs, | ORDER GRANTING EX PARTE REQUEST FOR EXTENSION OF TIME TO OBTAIN COUNSEL |
| vs. | |
| IMPX TRADERS, INC., et al., | |
| Defendants. | |

On January 14, 2014, pro se defendant Mallesh Hiriyuri filed a letter, requesting a second extension of the deadline by which he is to obtain counsel to represent defendant IMPX Traders, Inc. (Ltr., Dkt. No. 29.)  In the letter, Mr. Hiriyuri states that while he has found one attorney interested representing IMPX Traders, Inc., Plaintiffs have offered to settle the case. *(Id.)*

The court construes Mr. Hiriyuir's filing as a motion for administrative relief under Civil Local Rule 7-11.  As the time for filing any opposition to such motion has passed without Plaintiffs filing a response, the court grants Mr. Hiriyuri's request for an additional extension of time.  Within 30 days of this order, the parties shall file a joint status report updating the court with the status of their settlement negotiations.  If the parties do not file a joint status report within 30 days of this order, Mr. Hiriyuri shall file an individual status report indicating whether he has obtained counsel to represent IMPX Traders in this matter.

IT IS SO ORDERED.

DATE: January 22, 2014

KANDIS A. WESTMORE
United States Magistrate Judge