LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
2110 Elderberry Lane
San Rafael, California  94903
Telephone:  (415) 472-3892
Facsimile:   (415) 472-3977
mdelangis@lucasvalleylaw.com

Attorney for Plaintiffs
APL CO. Pte., LTD. and
AMERICAN PRESIDENT LINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL CO. Pte., LTD., a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation,<br><br>          Plaintiffs,<br>     v.<br><br>IMPX TRADERS INC., a corporation, and MALLESH HIRIYURI aka MALLESHWAR T. HIRIYUR, an individual.<br><br>          Defendants. | No. CV 13-03706 KAW<br><br>**IN ADMIRALTY**<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT; [~~PROPOSED~~] ORDER**<br><br>[F.R.C.P. 41]<br><br><br>U.S. Magistrate Judge Westmore |

TO THE COURT:

   Now come Plaintiffs American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL") by and through its counsel, and Defendants IMPX Traders Inc. and Mallesh Hiriyuri aka Malleshwar T. Hiriyur, by and through Malleshwar Hiriyur individually and on behalf of IMPX Traders, Inc. and stipulate to the dismissal of the Complaint as follows:

1.     1.     The Complaint, and all causes of action therein, as between APL and IMPX Traders Inc. and Mallesh Hiriyuri aka Malleshwar T. Hiriyur shall be dismissed in its entirety with prejudice.

2.     All parties are to bear their own costs and attorneys' fees.

DATED: December __/__, 2014           LUCAS VALLEY LAW

By: /s/ Mark K. de Langis
    Mark K. de Langis

Attorneys for Plaintiffs
AMERICAN PRESIDENT LINES, LTD. &
APL CO. PTE., INC.

DATED: December __/__, 2014

By: _____
    In Pro Per
Malleshwar Hiriyur for himself and
Defendant IMPX TRADERS INC.

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/4/14           Kandis Westmore
                                  United States Magistrate Judge